United States District Court
Northern District of California

KARMA QUICK,

    Plaintiff,

  v.

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No.: 4:14-cv-00676-KAW

ORDER GRANTING PLAINTIFF KARMA QUICK'S MOTION TO APPEAR TELEPHONICALLY

    Plaintiff's motion to appear telephonically at the case management conference set for May 13, 2014 at 1:30 p.m. is GRANTED.

    Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

    IT IS SO ORDERED.

Dated: May 13, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge