1   MARK POTTER, ESQ. (166317)
MICHELLE UZETA, ESQ. (164402)

2   CENTER FOR DISABILITY ACCESS
Mail:  PO Box 262490

3   San Diego, CA 92196-2490
Delivery:  9845 Erma Road, Suite 300

4   San Diego, CA 92131
Telephone:  (858) 375-7385

5   Fax:  (888) 422-5191
Email:  Mark@potterhandy.com

6   Email:  Michelleu@potterhandy.com

7   TIMOTHY P. MURPHY, Esq. (120920)
DOLORES M. DONOHOE, Esq. (111432)

8   EDRINGTON, SCHIRMER & MURPHY  LLP
2300 Contra Costa Boulevard, Suite 450

9   Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300

10   Facsimile:   (925) 827-3320
Email:  TMurphy@esmlawfirm.com

11   Email:  Ldonohoe@emslawfirm.com

12   Attorneys for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

13

14   UNITED STATES DISTRICT COURT

15   FOR THE NORTHERN DISTRICT OF CALIFORNIA

16   Karma Quick,         CASE NO.:  C 14-00676 KAW

17            Plaintiff,     **STIPULATION AND [PROPOSED]**

18       v.           **ORDER EXTENDING EARLY NEUTRAL EVALUATION COMPLETION DEADLINE**

19   WEST CONTRA COSTA UNIFIED SCHOOL
DISTRICT and DOES 1-10 inclusive,

20

21          Defendants.

22   _____/

23       Plaintiff, KARMA QUICK, by and through her undersigned attorney of record, and

24   defendant WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, through their undersigned

25   attorney of record, hereby stipulate and request this court's order as follows:

26       1.   The Complaint in this matter was filed on February 13, 2014;

27

1

2. At the initial Case Management Conference held on May 13, 2014, the court allowed the parties 90 days to complete ENE, or through and including August 12, 2014;

3. The parties initially reached an agreement with the court-appointed evaluator to schedule a hearing by August 12, 2014;

4. Defense counsel wishes to have plaintiff examined by an audiologist. The original date contemplated was July 22,2014. However, plaintiff's counsel has advised defense counsel that plaintiff is studying for the California bar examination and cannot be examined before August, 2014;

5. In addition, the parties are preparing a stipulation for the audiologist examination.

6. Counsel have conferred with the court-appointed neutral evaluator, who concurs that the examination should be completed before the ENE hearing takes place.

7. Based on the foregoing, the parties respectfully request that their time to complete mediation be extended to October 13, 2014.

8. The extension of time to complete ENE requested by the parties will not impact the previously assigned trial or related dates.

IT IS SO STIPULATED.

DATED:  July 9,  2014                    CENTER FOR DISABILITY ACCESS

                              By    /s/_____
                                         Mark Potter
                                         Michelle Uzeta
                                         Attorney for Plaintiff
                                         KARMA QUICK

DATED:  July 9, 2014                     EDRINGTON, SCHIRMER & MURPHY LLP

                              By    /s/_____
                                         Dolores M. Donohoe
                                         Attorney for Defendant
                                         WEST CONTRA COSTA UNIFIED SCHOOL
                                         DISTRICT

//

STIPULATION AND [PROPOSED] ORDER EXTENDING EARLY NEUTRAL
EVALUATION COMPLETION DEADLINE                    CASE NO.:  C 14-00676 KAW

1

**ORDER**

2          Having reviewed the foregoing stipulation, and good cause appearing therefore, it is

3    hereby ordered that the mediation completion deadline for this case shall be, and hereby is,

4    extended from August 12, 2014 to October 13, 2014

5

6    DATED: 07/11/14

7                                                    HONORABLE KANDIS A. WESTMORE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                    3
28   STIPULATION AND [PROPOSED] ORDER EXTENDING EARLY NEUTRAL
     EVALUATION COMPLETION DEADLINE                    CASE NO.:  C 14-00676 KAW