MARK POTTER, ESQ. (166317)
MICHELLE UZETA, ESQ. (164402)
CENTER FOR DISABILITY ACCESS
Mail:  PO Box 262490
San Diego, CA 92196-2490
Delivery:  9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone:  (858) 375-7385
Fax:  (888) 422-5191
Email:  Mark@potterhandy.com
Email:  Michelleu@potterhandy.com

TIMOTHY P. MURPHY, Esq. (120920)
DOLORES M. DONOHOE, Esq. (111432)
EDRINGTON, SCHIRMER & MURPHY  LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email:  TMurphy@esmlawfirm.com
Email:  Ldonohoe@emslawfirm.com

Attorneys for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karma Quick, | CASE NO.:  C 14-00676 KAW |
| Plaintiff, | **DEFENDANT WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT'S AND PLAINTIFF KARMA QUICK'S JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and DOES 1-10 inclusive, | |
| Defendants. | DATE:  8/26/14<br>TIME:  1:30 p.m.<br>COURTROOM:  4, 3rd Floor |

Defendant WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and PLAINTIFF KARMA QUICK submit this Joint Case Management Statement in the above entitled case.

1

Pursuant to the Stipulation and Order Extending Early Neutral Evaluaton Completion Deadline filed on July 11, 2014, the Court extended the time to complete Early Neutral Evaluation up to October 13, 2014.  It is hereby requested that that Case Management Conference be rescheduled to a date after October 13, 2014.

DATED:  August 19, 2014                    CENTER FOR DISABILITY ACCESS

By   /s/
Mark Potter
Michelle Uzeta
Attorney for Plaintiff
KARMA QUICK

DATED:  August 19, 2014                    EDRINGTON, SCHIRMER & MURPHY LLP

By   /s/
Dolores M. Donohoe
Attorney for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

**IT IS ORDERED,** that the Case Management currently on schedule for August 26, 2014 be continued to  October 28,  , 2014.

DATED:  August 21, 2014

By   *Kandis Westmore*
MAGISTRATE JUDGE KANDIS A. WESTMORE

2

DEFENDANT WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT'S AND PLAINTIFF KARMA QUICK'S JOINT CASE MANAGEMENT CONFERENCE STATEMENT               SCASE NO.: C 14-00676 KAW