UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Karma Quick**, <br><br> Plaintiff, <br><br> v. <br><br> **West Contra Costa Unified School District and Does 1-10 inclusive,** <br><br> Defendants. | Case No. C-14-00676 KAW <br><br> [Proposed] Order re: Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates |

    The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization and School Board approval of the Parties' settlement agreement and filing of a stipulation of dismissal.

    Based on the representations of the Parties, IT IS ORDERED THAT:

1. The Parties file a stipulation of dismissal within ninety (90) days;
2. The CMC currently set for October 28, 2014 is continued to February 24, 2015.

Dated: 10/16/14

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1

[Proposed] Order re: Joint Notice of Settlement